UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tnaiya Williams

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-mj-02431

Defendant Tnaiya Williams hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

x    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_Tnanja Williams (xed)_                                   _/s/_
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Tnaiya Williams_                                         _K. R. Donaldson_
Print Defendant's Name                                   Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

        3/8/21                                             _Andrew Krause_
Date                                                     U.S. Magistrate Judge